Patrick T. Holscher, WY Bar No. 5-2724
Schwartz, Bon, Walker & Studer LLC
141 South Center, Suite 500
Casper, WY 82601
Tel: 307-235-6681
Fax: 307-234-5099
pat@schwartzbon.com

*Attorney for Plaintiff:*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 MAR 13 PM 1:15

MARGARET BOTKINS, CLERK
CASPER

# IN THE FEDERAL DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Tomahawk Cattle Company, LLC<br>    A Wyoming limited liability company<br><br>        Plaintiff,<br><br>vs.<br><br>Oliver Livestock, LLC, a Kentucky limited liability company, Greg Oliver, Ezra Oliver, Wesley Oliver Steve Ray, DVM and Rock Solid Veterinary Services, PLLC<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 24 CV 60-SWS |

## PLAINTIFF, TOMAHAWK CATTLE COMPANY, LLC'S, TWELVE PERSON JURY DEMAND

Plaintiff, Tomahawk Cattle Co. LLC, by and through their attorney, Patrick T. Holscher of Schwartz, Bon, Walker & Studer, LLC, pursuant to W.R.C.P. 38(b) hereby demands that this matter be tried before a jury of twelve (12). The requisite fee of $150.00 is simultaneously submitted to the Clerk of Court with the filing of this demand.

INTENTIONALLY LEFT BLANK

1

DATED this 13th day of March 2024.

                                                    Patrick T. Holscher, WY Bar No. 5-2724
Schwartz, Bon, Walker & Studer LLC
141 South Center, Suite 500
Casper, WY 82601
Tel: 307-235-6681
Fax: 307-234-5099
pat@schwartzbon.com
*Attorney for Plaintiff*